UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACK D. CAMPBELL | CASE NO.: 3:10-cv-000343-LRH-RAM |
| Plaintiff, | |
| vs. | |
| REGIONAL TRANSPORTATION COMMISSION, SECURITY OFFICER MATTHEW LITTLE, SECURITY OFFICER VELLANTI AND DOES 1-10; BLACK AND WHITE CORPORATIONS 1-X, inclusive, | |
| Defendants.    / | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants REGIONAL TRANSPORTATION COMMISSION, SECURITY OFFICER MATTHEW LITTLE and SECURITY OFFICER VELLANTI, hereby stipulate that all claims against Defendants shall be dismissed with prejudice.

///

///

///

///

///

-1-

1    Each party to pay their own attorney fees and costs.

2    Dated this 16th day of, February, 2011.          Dated this 16th day of, February, 2011.

4    By ___/s/ Jack D. Campbell___                    By ___/s/ Rebecca Bruch, Esq.___
5         JACK CAMPBELL,                                   Rebecca Bruch, Esq. (SBN #7289)
          Nevada State Bar #4938                           Charity Felts, Esq. (SBN #10581)
6         418 River Flow Court                             ERICKSON THORPE  et al
          Reno, NV 89523                                   99 Arroyo Street
7         *Acting in Pro Se*                              Reno NV 89505
8                                                          *Attorneys for Regional Transportation*
                                                           *Commission*

10   Dated this 16th day of, February, 2011.

12   By ___/s/ Matthew D. Dayton, Esq.___
13        Matthew D. Dayton, Esq.
          Leonard T. Fink Esq.
14        Springel and Fink, LLP
          2475 Village View Dr., Suite 250
15        Henderson NV 89074
16        *Attorney for Defendants Little*
          *And Vellanti*

## **ORDER**

   IT IS SO ORDERED.

   Dated this __17th__ day of __February__, 2011.

                                                        _____
                                                        LARRY R. HICKS
                                                        UNITED STATES DISTRICT JUDGE